**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **CONSTANCE A. CAPP,** | ) | **CASE NO. 4:04CV3367** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **JO ANNE B. BARNHART,** | ) | |
| **Commissioner, Social Security** | ) | |
| **Administration,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's unopposed Motion for Extension of Time to Respond to Plaintiff's Brief (Filing No. 10).

For good cause shown, the motion will be granted.

IT IS ORDERED:

1. The Defendant's Motion for Extension of Time to Respond to Plaintiff's Brief (Filing No. 10) is granted; and

2. The Defendant's Brief shall be filed on or before July 13, 2005.

DATED this 9th day of June, 2005.

BY THE COURT:


S/ Laurie Smith Camp
United States District Judge